Robert Tauler, Esq. (SBN 241964)
robert@taulersmith.com
Matthew J. Smith, Esq. (SBN 240353)
matthew@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Elizabeth Haviland*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HAVILAND, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THORNE HEALTHTECH, INC., a South Carolina corporation; DOES 1 through 25, inclusive, <br><br> Defendant. | Case No.: 2:24-cv-07760-FMO-JC <br><br> **PLAINTIFF ELIZABETH HAVILAND'S NOTICE OF SETTLEMENT** |

1
NOTICE OF SETTLEMENT

1 **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2     PLEASE TAKE NOTICE that Plaintiff Elizabeth Haviland and Defendant
3 Thorne Healthtech, Inc. have reached a resolution of the above-captioned case.
4 Assuming compliance with the terms of the resolution, the parties expect Plaintiff
5 will dismiss her individual claims with prejudice within the next thirty (30) days.

7 Dated: November 12, 2024         TAULER SMITH LLP

8                                       By: */s/ Robert Tauler*
9                                              Robert Tauler

10                                 *Attorneys for Plaintiff*
11                                 *Elizabeth Haviland*

2
NOTICE OF SETTLEMENT

# **CERTIFICATE OF SERVICE**

I hereby certified that I served the foregoing document on all parties of record via the Court's CM/ECF system.

Dated:  November 12, 2024          TAULER SMITH LLP

                                                         By: */s/ Robert Tauler*
                                                                Robert Tauler

                                                         *Attorneys for Plaintiff*
                                                         *Elizabeth Haviland*